and section 238 of the Judicial Code as amended by section 238 (a), act of September 14, 1922, c. 305, 42 Stat. 837; act of February 13, 1925, sec. 14; *Heitler v. United States,* 260 U. S. 438. *Mr. Alexander W. Smith, Jr.,* with whom *Mr. Alexander W. Smith* was on the brief, for appellant. *Messrs. Hollins N. Randolph, Montgomery Angell, Newton D. Baker, Robert S. Parker and F. H. Watkins* were on the brief, for appellees.

---

No. —, original. EX PARTE IN THE MATTER OF JAMES A. WOOD. December 7, 1925. Motion for leave to file a petition for a writ of habeas corpus herein denied. *James A. Wood, pro se.*

---

No. 562. ALEXANDER SEDGWICK *v.* THOMAS E. WING, TRUSTEE. Error to the Circuit Court of Appeals for the First Circuit. Motion to dismiss submitted November 16, 1925. Decided December 7, 1925. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Shulthis v. McDougal,* 225 U. S. 561, 568; *Hull v. Burr,* 234 U. S. 712, 720; *Delaware, Lackawanna & Western R. R. Co. v. Yurkonis,* 238 U. S. 439, 444; *Barnet v. Kunkel,* 264 U. S. 16. *Mr. Philip W. Russell* for defendant in error, in support of the motion. *Messrs. Hector M. Hitchings* and *Hugh W. Ogden* for plaintiff in error, in opposition thereto.

---

No. 10. CHARLOTTE ANITA WHITNEY *v.* THE PEOPLE OF THE STATE OF CALIFORNIA. December 14, 1925. The petition for rehearing in this cause, which was heretofore dismissed for lack of jurisdiction, having been considered by the court, is hereby granted, and the cause is set down for further hearing on Monday, March 15 next, when the issue as to the jurisdiction of this court and the merits of the case will be reargued. See *ante,* p. 530.